UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICK D. KAMPER, o/b/o J.L. KAMPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV302 JCH (AGF) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Report and Recommendation entered February 23, 2010, and the

Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is

**DISMISSED** with prejudice.

Dated this 10th day of March, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE